UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW DAVID CARTER,<br><br>　　　　　　　　Defendant. | NO: 2:18-CR-0232-TOR-17<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |

BEFORE THE COURT is Defendant's Unopposed Motion to Travel. ECF No. 503. The motion was submitted for consideration without oral argument. The Court - - having reviewed the file and the records therein - - is fully informed.

Defendant is currently scheduled for a sentencing hearing in this matter on September 5, 2019. During the pendency of this case Defendant has been released to pretrial supervision on certain terms and conditions, which includes the condition that Defendant remain in either the Eastern District of Washington or District of Nevada, unless granted advance permission by the Court to travel outside the districts. *See* ECF No. 155. Defendant now seeks the Court's

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 1

permission to travel to Dallas, Texas on July 24-25, 2019. In support of his motion, Defendant informs the Court that neither his supervising U.S. Probation officer in the District of Nevada nor the government oppose his request. Notably, Defendant has been allowed to travel on previous occasions during the pendency of this matter with no problems and has otherwise abided by all conditions of release. For good cause shown, Defendant's motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defendant's Unopposed Motion to Travel (ECF No. 503) is **GRANTED**.

2. Defendant is permitted to travel between the Eastern District of Washington or the District of Nevada to Dallas, Texas from July 24, 2019, through July 25, 2019.

3. Defendant shall notify his probation officer of his specific travel plans at least 24 hours before leaving the Eastern District of Washington or District of Nevada and contact either United States Probation Office immediately upon his return to the district.

4. All other terms and conditions of Defendant's pre-trial supervision remain in effect.

5. Defendant's sentencing hearing scheduled for September 5, 2019, in Spokane, Washington, remains set.

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 2

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

DATED July 18, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 3